IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA SHARP                                                                                       PLAINTIFF

VS.                                        Case No. 4:07-CV-4045

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                       DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed May 14, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). Judge Bryant recommends dismissal of Plaintiff Teresa Sharp's Complaint for lack of jurisdiction. Plaintiff Teresa Sharp has not filed objections to the Report and Recommendation, and her time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED**.

  **IT IS SO ORDERED**, this 12th day of June, 2007.

                      /s/ Harry F. Barnes
                     Hon. Harry F. Barnes
                     United States District Judge